IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FRANZ REINALDO MORALES REYES,
*Petitioner*,
v.

WARDEN, CENTREVILLE DETENTION CENTER, *et al.*,
*Respondents*.

1:26-cv-02307-MSN-IDD

ORDER

On July 29, 2026, Petitioner Franz Reinaldo Morales Reyes ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 challenging his detention at the Centreville Detention Center. ECF 1. Specifically, Petitioner asserted that Federal Respondents had improperly refused him a bond hearing under 8 U.S.C. § 1226(a) as they had characterized his detention as arising under Section 1225(b)(2) despite his possession of a B2 visa. *E.g.*, *id.* ¶¶ 37, 46. In response to this Court's order to show cause, ECF 2, Federal Respondents have stated that they

> concede that this particular Petitioner is eligible for bond, according to the Department of Homeland Security. Per the Department of Homeland Security, this Petitioner is not an applicant for admission as he was inspected and admitted previously. Undersigned counsel emailed Petitioner's counsel yesterday evening to inform counsel that Petitioner should file a bond request with the immigration court. Undersigned counsel has not yet received a response to the email and is presently unaware whether Petitioner's counsel has filed a bond request.

ECF 4. Petitioner did not timely file any reply in support of the Petition on or before August 4, 2026, as ordered by the Court. ECF 2. Accordingly, and because Federal Respondents concede that Petitioner is eligible for bond and Petitioner requested a bond hearing before the Immigration Court, ECF 1 at 10,[1] it is hereby

---

1 Petitioner also requested that the Court "require Respondents to release the individual upon posting of that

ORDERED that the Petition is GRANTED; and it is further

ORDERED that to the extent that Petitioner seeks release from detention, Petitioner files a motion requesting a bond hearing or custody redetermination as soon as practicable; and that Federal Respondents provide Petitioner with a standard bond hearing before an IJ pursuant to 8 U.S.C. § 1226(a) within 7 days of the date of that motion.

**IT IS SO ORDERED.**

The Clerk is directed to enter judgment in Petitioner's favor pursuant to Federal Rule of Civil Procedure 58, forward copies of this Order to counsel of record, and close this civil action.

/s/
Michael S. Nachmanoff
United States District Judge

August 5, 2026
Alexandria, Virginia

bond amount" but this appears to presuppose that Federal Respondents conduct a bond hearing. ECF 1 at 10.